United States Bankruptcy Court
Southern District of Texas

In re    SGR Energy, Inc.                                                          Case No.
               Debtor                                                              Chapter    11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Tommy San Miguel, declare under penalty of perjury that I am the President and Chief Executive Officer of SGR Energy, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 15th day of November, 2021.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Tommy San Miguel, President and Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Tommy San Miguel, President and Chief Executive Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Tommy San Miguel, President and Chief Executive Officer of this Corporation is authorized and directed to employ the law firm of Munsch Hardt Kopf & Harr, P.C. to represent the corporation in such bankruptcy case."

Date    November 15, 2021                                    Signed    _/s/ Tommy San Miguel_
                                                                       Tommy San Miguel

Resolution of Board of Directors

of

SGR Energy, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Tommy San Miguel, President and Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Tommy San Miguel, President and Chief Executive Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Tommy San Miguel, President and Chief Executive Officer of this Corporation is authorized and directed to employ Munsch Hardt Kopf & Harr, P.C. to represent the corporation in such bankruptcy case.

Date   November 15, 2021                         Signed   _____

Tommy San Miguel

Chairman, Board of Directors