# SGR Energy, Inc.
## Balance Sheet
### As of December 31, 2020

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       Business Account | 8,702,158.83 |
|       Operating Account | 16,902,043.77 |
|       SGR Account | 3,992.06 |
|     **Total Bank Accounts** | **25,608,194.66** |
|     **Accounts Receivable** | |
|       Accounts Receivable (A/R) | 28,529,343.21 |
|     **Total Accounts Receivable** | **28,529,343.21** |
|     **Other Current Assets** | |
|       Inventory Asset | 0.00 |
|     **Total Other Current Assets** | **0.00** |
|   **Total Current Assets** | **54,137,537.87** |
|   **Fixed Assets** | |
|     Accumulated Depreciation | -96,826.12 |
|     Heavy Equipment | 40,000.00 |
|     Furniture & Office Equipment | 16,957.48 |
|     Land | 528,408.03 |
|     Land Improvements | 137,270.16 |
|     Vehicles | 78,161.18 |
|   **Total Fixed Assets** | **703,970.73** |
|   **Other Assets** | |
|     Accumulated Amortization | 0.00 |
|     Organization Costs | 0.00 |
|   **Total Other Assets** | **0.00** |
| **TOTAL ASSETS** | **54,841,508.60** |
| | |
| **Liabilities** | |
|   **Current Liabilities** | |
|     **Accounts Payable** | |
|       Accounts Payable (A/P) | 13,395,688.84 |
|     **Total Accounts Payable** | **13,395,688.84** |
|     **Other Current Liabilities** | |
|       Health Insurance Premium - Employee's Part | -9,251.38 |
|       Payroll Liabilities | 0.00 |
|     **Total Other Current Liabilities** | **-9,251.38** |
|   **Total Current Liabilities** | **13,386,437.46** |
|   **Long-Term Liabilities** | |
|     Loan for asset | 0.00 |
|   **Total Long-Term Liabilities** | **0.00** |
| **Total Liabilities** | **13,386,437.46** |

| | |
|---|---:|
| **Total Equity** | 41,455,071.14 |
| **Total Liabilities and Equity** | 54,841,508.60 |