# SGR Energy, Inc.
# Statement of Cash Flows
January - December 2020

|  | Total |
|---|---:|
| **OPERATING ACTIVITIES** | |
| **EBITDA** | -6,434,435.20 |
| **Changes in Working Capital** | |
| (Increase) decrease in inventories | 0.00 |
| (increase) decrease in accounts recievable | -9,420,783.75 |
| (Increase) decrease in total fixed assets | 23,337.88 |
| Increase (decrease) in accounts payable | 6,737,971.31 |
| Increase (decrease) in current liabilities | 20,810.92 |
| Increase (decrease) in long-term liabilities | |
| **Net cash provided by operating activities** | **-$9,073,098.84** |
| **INVESTING ACTIVITIES** | |
| Sale (purchases) of investments | 0.00 |
| **Net cash provided by investing activities** | $ 0.00 |
| **FINANCING ACTIVITIES** | |
| Issuance of preferred stock | 3,286,942.33 |
| Dividends paid | 1,319,331.69 |
| **Net cash provided by financing activities** | $ 4,606,274.02 |
| Net cash increase for period | -$4,466,824.82 |
| Cash at beginning of period | 30,075,019.66 |
| Cash at end of period | $25,608,194.84 |