**Fill in this information to identify the case:**

Debtor name: SGR Energy, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Adler Tank Rentals LLC<br>PO Box 45081<br>San Francisco, CA 94145 | | | | | | $148,050.38 |
| Apex Funding Source, LLC<br>3050 Biscayne Blvd, Suite 502<br>Miami, FL 33137 | | | Contingent | $498,000.00 | $0.00 | $498,000.00 |
| Asterion, LLC<br>5425 W 84th St.<br>Indianapolis, IN 46268 | | | | | | $430,000.00 |
| BMF Advance LLC<br>1820 Avenue M Suite 125<br>Brooklyn, NY 11230 | | | Contingent | $210,000.00 | $0.00 | $210,000.00 |
| Camin Cargo<br>1001 Shaw Ave #300<br>Pasadena, TX 77506 | | | | | | $45,844.48 |
| Enterprise Marine Services, LLC<br>1100 Louisiana St Suite 1600<br>LA 70700-2000 | | | | | | $1,100,000.00 |
| FC Stone<br>c/o StoneX<br>230 Park Ave.<br>10th Floor<br>New York, NY 10169 | | | Contingent<br>Unliquidated<br>Disputed | | | $1,800,000.00 |
| Fiji Funding, LLC<br>101 Chase Avenue Ste 208<br>Lakewood, NJ 08701 | | | Contingent | $644,000.00 | $430,000.00 | $214,000.00 |

Debtor __SGR Energy, Inc._____   Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Genesis Marine<br>c/o Evans Martin McLeod<br>Phelps Dunbar, LLP<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130 | | | | | | $1,953,497.54 |
| HTP Energy<br>920 10th Ave North<br>P.O. Box 809<br>Onalaska, WI 54650 | | | | | | $258,968.22 |
| Ksolv<br>952 Echo Ln<br>Houston, TX 77024 | | | | | | $43,503.34 |
| Lodestar Rail Services LLC<br>Three Riverway, Suite 1000<br>Houston, TX 77056 | | | | | | $38,457.70 |
| Midstream Texas Operating LLC<br>700 Louisiana Street, Suite 4770<br>Houston, TX 77002 | | | | | | $732,804.11 |
| Panamerican Railway<br>1700 Iron Horse Park<br>North Billerica, MA 01862 | | | | | | $100,100.00 |
| Slate Advance<br>15 America Ave<br>Lakewood, NJ 08701 | | | Contingent | $322,000.00 | $0.00 | $322,000.00 |
| Southern Tank Leasing, Inc.<br>PO BOX 1237<br>Demopolis, AL 36732 | | | | | | $30,404.03 |
| Southwest Rail Industries Inc.<br>PO Box 65<br>Weimar, TX 78962 | | | | | | $26,260.14 |
| STOLT Tankers<br>15635 Jacintoport Blvd.<br>Houston, TX 77015 | | | | | | $36,440.00 |
| Texas Flow Tankage<br>c/o James L. Williams<br>Williams, McClure & Parmelee<br>5601 Bridge Street, Suite 300<br>Fort Worth, TX 76112 | | | | | | $840,000.00 |

| Debtor | SGR Energy, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| WG Fund LLC<br>77 Water Street, Suite 2404<br>New York, NY 10005 | | | Contingent | $332,000.00 | $0.00 | $332,000.00 |