IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| SGR ENERGY, INC., | § | |
| | § | |
| Debtor. | § | CASE No. 21-60090 (CML) |

# NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as counsel for Midstream Texas Ingleside, LLC, a creditor and party in interest in the above referenced case, and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), 3017(a) and 9010(b). All such notices should be addressed as follows:

Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
2456 FM 112 Taylor, Texas 76574
Telephone: (512) 352-6760
Email: Patti@pprewittlaw.com

Respectfully submitted this 16th day of November 2021

{00131340.DOC}

/s/ Patricia Williams Prewitt

Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
2456 FM 112
Taylor, Texas
Telephone:  (512) 352-6760
Facsimile:  (713) 583-2833
*Attorney for Midstream Texas Ingleside, LLC*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served on all parties receiving electronic notice on this the 16th day of November 2021.

/s/ Patricia Williams Prewitt

{00131340.DOC}