IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| **SGR ENERGY, INC.** | § |
| | § Case No. 21-60090 |
| Debtor. | § **Christopher M. Lopez** |

## NOTICE OF TELEPHONIC & VIDEO HEARING
(Relates to Docket No. 29)

Please be advised that the Court has set a Telephonic & Video hearing on the Emergency Motion to Extend Deadline **(Docket No. 29)** before the Honorable Christopher M. Lopez on **Tuesday, November 30, 2021, at 11:00 AM** by telephone and video conference. **Dial-in Telephone No: 832-917-1510. Conference Code: 590153** (Please do not appear in person). Telephonic participants may connect on-line, you may connect through the website located at https://www.gotomeeting.com/meeting/join-meeting. The code for the meeting is **JudgeLopez**.

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November 2021, all the interested parties on the attached service list were served this Notice of Telephonic & Video Conference Hearing, via U.S. First Class mail or notice via CM/ECF.

Respectfully submitted,

**TRAN SINGH LLP**

*/s/Susan Tran Adams*
Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
2502 La Branch Street
Houston TX 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
Email: stran@ts-llp.com

**ATTORNEYS FOR DEBTOR**