IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Subchapter V |
| SGR ENERGY, INC., | § | |
| | § | Case No. 21-60090 |
| Debtor. | § | **Christopher M. Lopez** |

# ORDER DISMISSING CASE
(No. 50)

Came on for consideration the Debtor's Motion to Dismiss and after considering the pleading, it is hereby

**ORDERED:**

1. The case is DISMISSED with prejudice for 60 days from the entry of this order.

2. The Subchapter V Trustee, Catherine Stone Curtis is discharged as Trustee in the case.

3. Within 10 days of entry of this Order, the Debtor shall pay counsel for the Debtor, Tran Singh, LLP, the amount awarded by the Court on its Application for Compensation filed at Docket No. 57 as an administrative expense of the estate.

Reserved for Judge's Signature