United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 13, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: § | |
| § | CHAPTER 11 |
| SGR ENERGY, INC., § | SUBCHAPTER V |
| § | |
| Debtor. § | CASE NO. 21-60090 |

**ORDER**
(Relates to Docket No. 56)

CAME ON for consideration the Application to Employ Tran Singh LLP ("TS") as Counsel for the Debtor Pursuant to 11 U.S.C. § 327(a) (the "Application") and the Declaration of Brendon Dane Singh (the "Declaration") submitted in support of the Application; the Court hereby finds that based upon the representations made in the Application and Declaration: (i) Tran Singh, LLP represents no interests adverse to the Debtor's estate or its creditors with respect to the matter upon which it is to be engaged; (ii) Tran Singh, LLP is a "disinterested person" as that term is defined under § 101(14) of the Bankruptcy Code as provided and disclosed in the Application and Declaration; and (iii) the employment of Tran Singh, LLP is necessary and is in the best interests of the Debtor's estate; it is therefore

**ORDERED** that the Application is GRANTED; and

**ORDERED** that, in accordance with § 327(a) of the Bankruptcy Code, the Debtor is authorized to retain Tran Singh, LLP to represent the Debtor as general bankruptcy counsel in this case under Subchapter V of Chapter 11 of the Bankruptcy Code.

**ORDERED** that Brendon Dane Singh shall be, and is, designated as attorney in charge for these matters.

**ORDERED** that subject to further court approval as to amounts, and upon fee application, Debtor shall be authorized to compensate TS in accordance with its normal billing practice and reimburse TS for its necessary disbursement and expenses.  The allowed fees, disbursements and expenses of TS shall constitute administrative expenses of the Debtor's estate.  It is further

**ORDERED** that TS may submit interim fee applications every 60 days.

Signed: January 13, 2022

_____
Christopher Lopez
United States Bankruptcy Judge